UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLOGG BROWN & ROOT SERVICES, INC. | § § § | |
| Plaintiff | § § | |
| v. | § § | |
| SANDERS BROS., INC. | § § | |
| | § | CIVIL ACTION NO. _____ |
| Defendant | § § § | |

**AFFIDAVIT IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD**

BEFORE ME, the undersigned Notary Public, on this day personally appeared DANIEL J. KRAFTSON, who, being by me duly sworn, upon his oath stated as follows:

1.  My name is Daniel J. Kraftson. I am over twenty-one years, have never been convicted of a felony crime or other crime of moral turpitude, and am otherwise competent to make this Affidavit. The facts stated herein are within my personal knowledge and are true and correct.

2.  I was the attorney of record for KBRS in the underlying arbitration proceeding before the American Arbitration Association styled *Kellogg Brown & Root Services, Inc. v. Sanders Bros., Inc.*, Case No. 70 421 Y 00310 09 (the "Arbitration").

3.  Attached hereto as Exhibit "A" is a true and correct copy of the Subcontract between KBRS and Sanders Bros., Inc. at issue in the Arbitration.

4.  Attached hereto as Exhibit "B" is a true and correct copy of the Interim Award rendered in the Arbitration.

5.  Attached hereto as Exhibit "C" is a true and correct copy of the Final Award rendered in the Arbitration.

FURTHER AFFIANT SAITH NOT.

_____
Daniel J. Kraftson

Subscribed and sworn to before me, the undersigned authority, this 27th day of April, 2010, by Daniel J. Kraftson.

JACQUELINE L. GREELEY
Notary Public
Commonwealth of Virginia
Reg. #152794
My Commission Exps. 4/30/12

_____
Notary Public