IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KELLOGG BROWN & ROOT SERVICES, INC.** § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO._____ |
| § | |
| **SANDERS BROS., INC.** § § | |
| Defendant. § | |

## FINAL JUDGMENT CONFIRMING ARBITRATION AWARD

The Court, having considered the Petition to Confirm Arbitration Award and for Entry of Judgment ("Petition") filed by Kellogg Brown & Root Services, Inc. ("KBRS"), finds that the relief requested in the Petition should be granted in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the arbitration award in Case No. 70 421 Y 00310 09; *Kellogg Brown & Root Services, Inc. v. Sanders Bros., Inc.*; American Arbitration Association, be confirmed in all respects.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that KBRS take Judgment against Sanders Bros., Inc. ("SBI") for the total amount of the arbitration award, $985,942.37.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that SBI pay interest on the total amount of the arbitration award at the rate of 5.0% per annum, accruing from April 4, 2010 until the Judgment is paid in full.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that SBI pay the costs incurred by KBRS in connection with this Petition.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this is a Final Judgment disposing of all claims and parties. All relief not granted is denied.

ENTERED this _____ day of _____, 2010.

_____
PRESIDING JUDGE