IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLOGG BROWN & ROOT SERVICES, INC. | § § § | |
| versus | § § | CIVIL ACTION NO. H-10-1441 |
| SANDERS BROS., INC. | § § | |

## ORDER

Pending before the Court is Plaintiff's Petition to Confirm Arbitration Award and Entry of Judgment. (Instrument No. 1). IT IS HEREBY ORDERED that Plaintiff's Petition to Confirm Arbitration Award and Entry of Judgment is **GRANTED. (Instrument No. 1).**

Judgment is entered against Defendant in an amount of $671,396.69, plus an additional $295,128.00 for attorney fees and expenses, and $19,418.68 for AAA fees and arbitrator compensation. Postjudgment interest at 0.28%, compounded annually, from the date of this judgment until paid.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall serve a copy of this Order upon all parties.

Signed on this ___30th___ day of July, 2010, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE