## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KELLOGG BROWN & ROOT SERVICES, INC.** | §<br>§<br>§ | |
| **versus** | § | **CIVIL ACTION NO. H-10-1441** |
| **SANDERS BROS., INC.** | §<br>§ | |

## ORDER

Defendant's Motion to Alter, Amend and/or Reconsider **(Instrument No. 17)** is **DENIED.**

The Clerk shall serve a copy of this Order upon all parties.

Signed on this 23rd day of September, 2010, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE